

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00744-CR

Kristopher Matthew **Saxon**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10448
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 20, 2023.

_____
Lori I. Valenzuela, Justice